IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIJON SUMMERS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3918 |
| | : | |
| EXTRITY, LLC, et al. | : | |

**ORDER**

AND NOW, this 30th day of January, 2023, upon consideration of Defendants Extrity, LLC and David H. Coleman's Motion to Dismiss (ECF No. 6), and Plaintiff Dijon Summers' opposition thereto, it is hereby ORDERED the Motion is GRANTED. Counts VI and VII of the Amended Complaint are DISMISSED without prejudice.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.